IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-00157-F-2
No. 7:12-CV-00242-F

| | | |
|---|---|---|
| OSHAWN LOUIS COPELAND, | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Oshawn Louis Copeland's Response to Request for Denial [DE-268]. In his Response, Copeland seeks to expand the record with additional information in his case. Copeland is advised that on July 22, 2015, this court entered an order [DE-266] adopting the Magistrate Judge's Memorandum and Recommendation [DE-262] as its own, DENYING as moot Copeland's Motion to Appoint Counsel [DE-211], ALLOWING the Government's Motion to Dismiss [DE-207], and DISMISSING Copeland's motions [DE-203, DE-205] filed pursuant to 28 U.S.C. § 2255. The court also DENIED Copeland a certificate of appealability. Copeland is advised that if he disagrees with the court's July 22, 2015 Order, a final order, he can pursue an appeal in the Fourth Circuit Court of Appeals by filing a notice of appeal.

SO ORDERED.

This the _3_ day of September, 2015.

James C. Fox
Senior United States District Judge